Case 1:20-mj-00014-GPG Document 1 Filed 02/04/20 USDC Colorado Page 1 of 5
AO 442
Case 2:18-cr-00559-DS Document 121 Filed 03/03/20 PageID.224 Page 1 of 5
Case 2:18-cr-00559-DS Document 21 *SEALED* Filed 12/13/18 Page 1 of 1

# United States District Court

DISTRICT OF UTAH - CENTRAL DIVISION

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
*3:45 pm, Feb 04, 2020*
JEFFREY P. COLWELL, CLERK

UNITED STATES OF AMERICA

v.

**USA v. Smith**

## WARRANT FOR ARREST

**CASE NUMBER: 2:18-cr-00559-001 DS**

Colorado Case No. 20-mj-00014-GPG

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **AARON SCOTT SMITH**
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment  [ ] Superseding Indictment  [ ] Information  [ ] Superseding Information
[ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition
[ ] Supervised Release Violation Petition

charging him or her with (brief description of offense)

ACTIVITIES RE MATERIAL CONSTITUTING/CONTAINING CHILD PORNO-Possession of Child Pornography
COERCION OR ENTICEMENT OF FEMALE/MALE

in violation of  18:2252A(a)(5)(B) and 18:2422(b)  United States Code.

D. Mark Jones
Name of Issuing Officer

Clerk of Court
Title of Issuing Officer

*Signature: Jennifer Richards*
Signature of Issuing Officer

December 13, 2018 at Salt Lake City, Utah
Date and Location

By: Jennifer Richards
Deputy Clerk

Bail fixed _____ by _____
Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

Case 1:20-mj-00014-GPG   Document 1   Filed 02/04/20   USDC Colorado   Page 2 of 5
Case 2:18-cr-00559-DS   Document 11-1   Filed 03/03/20   PageID.251   Page 2 of 5
Case 2:18-cr-00559-DS   Document 1   Filed 12/13/18   Page 1 of 3

JOHN W. HUBER, United States Attorney (#7226)
KARIN M. FOJTIK, Assistant United States Attorney (#7527)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682

FILED
DISTRICT COURT

2018 DEC 13  P 12: 10

DISTRICT OF UTAH

BY: _____
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>AARON SCOTT SMITH,<br><br>Defendant. | INDICTMENT<br><br>18 U.S.C. § 2252A(a)(5)(B), POSSESSION OF CHILD PORNOGRPAHY (Count 1);18 U.S.C. § 2422(b) (Count 2). |

The Grand Jury Charges:

Case:2:18-cr-00559
Assigned To :  Sam, David
Assign. Date :12/13/2018
Description: USA v.

**COUNT 1**
**COUNT 2**

Possession of Child Pornography
(18 U.S.C. § 2252A(a)(5)(B) and (b)(2))

On a date unknown, continuing through March 8, 2018, in the Central Division of

the District of Utah,

AARON SCOTT SMITH,

defendant herein, did knowingly possess any material which contains an image of child

pornography, involving a minor who had not attained 12 years of age, as defined in 18

Case 1:20-mj-00014-GPG Document 1 Filed 02/04/20 USDC Colorado Page 3 of 5
Case 2:18-cr-00559-DS Document 11-1 Filed 02/03/20 PageID.262 Page 3 of 5
Case 2:18-cr-00559-DS Document 1 Filed 12/13/18 Page 2 of 3

U.S.C. § 2256(8), that had been mailed, shipped, and transported in interstate and foreign commerce by any means, including by computer, and which images were produced using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce, including by computer, and attempted to do so; all in violation of 18 U.S.C. § 2252A(a)(5)(B), and § 2252A(b)(2).

## COUNT 2
(Coercion and Enticement)
(18 U.S.C. § 2422(b))

On or about January 25, 2018, in the Central Division of the District of Utah,

AARON SCOTT SMITH,

the defendant herein, did knowingly and intentionally, by means of a facility of interstate commerce, persuade, induce, entice, and coerce any individual who had not attained the age of 18 years, to engage in sexual activity for which a person can be charged with a criminal offense, and attempted to so persuade, induce, entice, and coerce; all in violation

Case 1:20-mj-00014-GPG   Document 1   Filed 02/04/20   USDC Colorado   Page 4 of 5
Case 2:18-cr-00559-DS   Document 11-1   Filed 03/03/20   PageID.273   Page 4 of 5
Case 2:18-cr-00559-DS   Document 1   Filed 12/13/18   Page 3 of 3

of Title 18, United States Code, Section 2422(b).

A TRUE BILL:

_____/s/_____
FOREPERSON OF THE GRAND JURY

JOHN W. HUBER
United States Attorney

_____
KARIN M. FOJTIK
Assistant United States Attorney

| | |
|---|---|
| DEFENDANT: | **AARON SCOTT SMITH** |
| AGE/YOB: | **48/1971** |
| COMPLAINT FILED? | _____ Yes     _____ No |
| | If Yes, MAGISTRATE CASE NUMBER_____ |

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?   \_\_ Yes   \_\_ No
   If No, a new warrant is required

| | |
|---|---|
| OFFENSE(S): | **Count 1: 18 U.S.C. § 2252A(a)(5)(B) and (b)(2)** Possession of Child Pornography |
| | **Count 2: 18 U.S.C. § 2422(b)** Coercion and Enticement |
| LOCATION OF OFFENSE: | Davis County, Utah |
| PENALTY: | **Count 1:** 10 year Mandatory minimum, 20 year maximum **Count 2:** 10 year Mandatory minimum, Lifetime Maximum |
| AGENT: | **Cody Tracy** Special Agent, HSI |
| AUTHORIZED BY: | Karin M. Fojtik Assistant U.S. Attorney-District of Utah, Central Division |

ESTIMATED TIME OF TRIAL:

\_\_ five days or less; \_\_\_ over five days

THE GOVERNMENT

 X  will seek detention in this case based on 18 U.S.C. § 3142(f)([1 or 2])

The statutory presumption of detention is not applicable to this defendant.

1