# United States District Court

DISTRICT OF UTAH - CENTRAL DIVISION

FILED
U.S. DISTRICT COURT
2020 MAR 17 P 12: 45
DISTRICT OF UTAH

UNITED STATES OF AMERICA

v.

USA v. Smith

**WARRANT FOR ARREST**

CASE NUMBER: 2:18-cr-00559-001 DS

To: The United States Marshal
and any Authorized United States Officer

**ORIGINAL**

YOU ARE HEREBY COMMANDED to arrest **AARON SCOTT SMITH**
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment    [ ] Superseding Indictment    [ ] Information    [ ] Superseding Information
[ ] Complaint    [ ] Order of court    [ ] Violation Notice    [ ] Probation Violation Petition
[ ] Supervised Release Violation Petition

charging him or her with (brief description of offense)

ACTIVITIES RE MATERIAL CONSTITUTING/CONTAINING CHILD PORNO-Possession of Child Pornography
COERCION OR ENTICEMENT OF FEMALE/MALE

in violation of 18:2252A(a)(5)(B) and 18:2422(b) United States Code.

D. Mark Jones                         Clerk of Court
Name of Issuing Officer                Title of Issuing Officer

[Signature: Jennifer Richards]         December 13, 2018 at Salt Lake City, Utah
Signature of Issuing Officer           Date and Location

By:  Jennifer Richards
     Deputy Clerk

Bail fixed _____
                                        Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 12/13/2018 | Ryan Evans DU SM | [Signature] |
| DATE OF ARREST 3/6/2020 | | |